# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Michael R. Totaro**
Street Address: **P.O. Box 789**
**Pacific Palisades, CA 90272**

Atty Name (if applicable): **Michael R. Totaro**
CA Bar No. (if applicable): **102229**
Atty Fax No. (if applicable): **(310) 496-1260**

Filer's Telephone No.: **(310) 573-0276**

In re: **Naresh Mehra**

Case No.: **2:11-bk-18778-EC**
Chapter 7 ____ 11 **X** 13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes ____   No **X**

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____   B ____   C ____   D **X**   E ____   F **X**   G ____   H ____   I ____   J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intentions ____    Other **X**

20 largest Creditors

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, **Naresh Mehra**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **3-4-11**

_Naresh Mehra_
Debtor Signature

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Naresh Mehra | Debtor(s) | CHAPTER: 11 |
|---|---|---|
| | | CASE NO.: 2:11-bk-18778-EC |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BAC Home Loans Servicing, LP<br>7105 Corporate Dr.<br>PTX-B-35<br>Plano, TX 75024 | | Mortgage | | $108,051.00<br><br>SECURED VALUE:<br>$600,000.00 |
| Sylvia Aroth<br>1322 Appleton Way<br>Venice, CA 90291 | | Security Agreement | | $845,000.00<br><br>SECURED VALUE:<br>$6,500,000.00 |
| Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19650 | | | | $2,499.00 |
| Progressimve Management Systems<br>1521 W. Cameron Ave. 1st Fl.<br>West Covina, CA 91`790 | | | | $105.00 |
| Citibank/THD<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | | | $6,806.00 |
| Citibank/THD<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | | | $13,381.00 |

AnfulSh

Form B4 (Official Form 4) - Continued (12/07)    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Naresh Mehra
Debtor(s).

CHAPTER: 11
CASE NO.: 2:11-bk-18778-EC

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capital One, NA<br>Attn. Bankruptcy/CCAT<br>Dep 2739 Liberty Ave<br>Pittsburg, PA 15222 | | | | $1,814.00 |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Naresh Mehra**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3-4-11

Naresh Mehra
(Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form B6D - (12/07)     2007 USBC, Central District of California

| In re | Naresh Mehra | | Case No.: 2:11-bk-18778-EC (If known) |
|---|---|---|---|
| | | Debtor. | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 2591<br>All - Star Financial<br>2700 Ventura Blvd. #222<br>Woodland Hills, CA 91364 | | | 1976<br>Mortgage<br>2 4-Plexes Comm Bldg. 135-137 Bay St. Santa Monica, CA<br>Value $1,850,000.00 | | | | 1,540,000.00 | 0.00 |
| Last four digits of ACCOUNT NO. 6940<br>BAC Home Loans Servicing, LP<br>7105 Corporate Dr.<br>PTX-B-35<br>Plano, TX 75024 | | | 2007<br>Mortgage<br>SFH 46755 Hana Highway, Hana, HI 96713<br>Value $600,000.00 | | | | 708,051.00 | 108,051.00 |
| Last four digits of ACCOUNT NO. 6020<br>Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093 | | | 2007<br>Security Agreement<br>1965 Austin Healy,<br>Value $45,000.00 | | | | 30,600.00 | 0.00 |
| Last four digits of ACCOUNT NO. 2347/BC 448840<br>Chase Bank<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256<br><br>Mitchell B. Ludwig<br>Knapp, Petersen & Clarke<br>550 N. Brand Blvd. #1500<br>Glendale, CA 91203 | | | 1976<br>Mortgage<br>12 Units plus comm bldg. 145 Bay St. Santa Monica, CA<br>Value $6,500,000.00 | | | | 5,269,034.91 | 0.00 |

1 continuation sheets attached

Subtotal (Total of this page) ▶ $ 7,547,685.91 | $ 108,051.00

Total (Use only on last page) ▶ $ | $

(Report total also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Naresh

| In re | Naresh Mehra | | | Case No.: | |
|---|---|---|---|---|---|
| | | Debtor. | | 2:11-bk-18778-EC | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **Mehra**<br>**Sylvia Aroth**<br>1322 Appleton Way<br>Venice, CA 90291<br><br>Gerald Manpearl<br>Mandel & Manpearl<br>939 San Vicente Blvd.<br>Santa Monica, CA 90402<br><br>Zane S. Averbach<br>Goldfarb Sturman<br>15760 Ventura Blvd. 19th FL<br>Encino, CA 91436 | | | 2009<br>Security Agreement<br>12 Units plus comm bldg. 145 Bay St. Santa Monica, CA<br><br>Value $6,500,000.00 | | | | 845,000.00 | 845,000.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) ▶ $ 845,000.00 | $ 845,000.00

Total(s) (Use only on last page) ▶ $ 8,392,685.91 | $ 953,051.00

(Report total also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

| In re | Naresh Mehra | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-18778-EC | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 6020<br>Capital One, NA<br>Attn. Bankruptcy/CCAT<br>Dep 2739 Liberty Ave<br>Pittsburg, PA 15222 | | | 2008-2009<br>Credit Card | | | | 1,814.00 |
| Last four digits of ACCOUNT NO. 2347<br>Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19650 | | | 1998-2009<br>Credit Card | | | | 2,499.00 |
| Last four digits of ACCOUNT NO. 0620<br>Citibank/THD<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | | 2009-2009<br>Charge Account | | | | 13,381.00 |
| Last four digits of ACCOUNT NO. 3351<br>Citibank/THD<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br><br>United Recovery Service<br>5800 N. Course Dr.<br>Houston, TX 63301 | | | 2008-2010<br>Charge Account | | | | 6,806.00 |

_1_ Continuation sheets attached

Subtotal ▶ $ 24,500.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

AMENDED

| In re | Naresh Mehra | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-18778-EC | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 6187 Progressimve Management Systems 1521 W. Cameron Ave. 1st Fl. West Covina, CA 91`790 | | | 2010 Med Bill: Santa Monica Orto Sports Med. | | | | 105.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 105.00

Total > $ 24,605.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

A MENDED

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was (were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 3-4-11

Michael R. Totaro
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

B-1008 Revised November 2003

NatWest Discover
2420 Main St.
Santa Monica, CA 90405

Michael R. Totaro
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272

Office of the United States Trustee
21051 Warner Center LN
Woodland Hills, CA 91367
(Served Electronically)

All Star Financial
2700 Ventura Blvd. #222
Woodland Hills, CA 91364

BAC Home Loans Servicing, LP
7105 Corporate Dr.
PTX-B-35
Plano, TX 75024

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093

Capital One, NA
Attn. Bankruptcy/CCAT
Dep 2739 Liberty Ave
Pittsburg, PA 15222

Chase Bank
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, FL 32256

Chase Bank
P.O. Box 15145
Wilmington, DE 19650

Citibank/THD
P.O. Box 6497
Sioux Falls, SD 57117

Gerald Manpearl
Mandel & Manpearl
939 San Vicente Blvd.
Santa Monica, CA 90402

Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 N. Brand Blvd. #1500
Glendale, CA 91203

Progressimve Management Systems
1521 W. Cameron Ave. 1st Fl.
West Covina, CA 91`790

Sylvia Jones
1322 Appleton Way
Venice, CA 90291

United Recovery Service
5800 N. Course Dr.
Houston, TX 63301

Zane S. Averbach
Goldfarb Sturman
15760 Ventura Blvd. 19th FL
Encino, CA 91436